No. 910. VAN HORN v. RAGEN, WARDEN. May 27, 1946. Petition for writ of certiorari to the Circuit Court of Clay County, Illinois, denied.

No. 958. SPAULDING v. UNITED STATES. May 27, 1946. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. Petitioner *pro se. Solicitor General McGrath* for the United States.

No. 1100. NOLAN v. UNITED STATES. May 27, 1946. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. Petitioner *pro se. Solicitor General McGrath, Robert S. Erdahl* and *Beatrice Rosenberg* for the United States.

No. 1125. FRIER v. FEDERAL CROP INSURANCE CORP. May 27, 1946. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Eugene DeBogory* for petitioner. *Solicitor General McGrath, Assistant Attorney General Sonnett, Paul A. Sweeney* and *M. M. Heuser* for respondent.

No. 1138. COREY v. NEW YORK. May 27, 1946. Petition for writ of certiorari to the County Court of Chemung County, New York, denied.

No. 1156. BESHEARS v. NIERSTHEIMER, WARDEN. May 27, 1946. Petition for writ of certiorari to the Circuit Court of Randolph County, Illinois, denied.